

**ORDERED in the Southern District of Florida on November 9, 2015.**

A. Jay Cristol, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| IN RE: | Case No.: 14-34757-AJC |
|---|---|
| A&G GARMENTS, INC., | Chapter 7 |
| Debtor./ | |

### ORDER APPROVING TRUSTEE'S *EX PARTE* APPLICATION TO EMPLOY ACCOUNTANT *NUNC PRO TUNC* TO SEPTEMBER 30, 2015

THIS CAUSE came before the Court upon the *Trustee's Ex Parte Application to Employ Accountant Nunc Pro Tunc to September 30, 2015* (the "Application") [ECF No. 17]. Upon the representations that Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A. hold no interest adverse to the estate in the matters upon which they are engaged, that Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A. are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with parties as set forth in Federal Rule of

Bankruptcy Procedure 2014, and that their employment is necessary and would be in the best interests of the estate, it is

**ORDERED** that the Trustee is authorized to employ Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A. as accountants for the Trustee, *nunc pro tunc* to September 30, 2015, on a general retainer, pursuant to 11 U.S.C. §§ 327 and 330.

# # #

**Submitted by:**
Grace E. Robson, Esq.
Markowitz, Ringel, Trusty & Hartog, P.A.
*Counsel for Trustee*
101 NE Third Avenue, Suite 1210
Fort Lauderdale, FL 33301
Tel: (954) 767-0030

**Copies to:**
Grace E. Robson, Esq.
*(Attorney Robson is directed to mail a copy of this Order to all interested parties and to file a certificate of service).*
611703